**ZUCKERMAN SPAEDER LLP**
CATHERINE S. DUVAL *(Pro Hac Vice Pending)*
cduval@zuckerman.com
EZRA B. MARCUS *(Pro Hac Vice Pending)*
emarcus@zuckerman.com
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Telephone:  (202) 778-1800
Facsimile:    (202) 822-8106

**SCHEPER KIM & HARRIS LLP**
KATHERINE B. FARKAS (State Bar No. 234924)
kfarkas@scheperkim.com
800 West Sixth Street, 18th Floor
Los Angeles, California 90017-2701
Telephone: (213) 613-4655
Facsimile:   (213) 613-4656

Attorneys for Defendant B.C. Strategy Ltd. d/b/a Black Cube

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSE MCGOWAN,<br><br>  Plaintiff,<br><br>v.<br><br>HARVEY WEINSTEIN, DAVID BOIES, BOIES SCHILLER FLEXNER LLP, LISA BLOOM, THE BLOOM FIRM, B.C. STRATEGIES LTD. D/B/A BLACK CUBE,<br><br>  Defendants. | CASE NO. 2:19-cv-09105-ODW-GJS<br><br>The Hon. Otis D. Wright II<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT B.C. STRATEGY LTD.'S MOTION TO DISMISS**<br><br>*[Lodged concurrently with Notice of Motion, Motion, and Memorandum of Points and Authorities]*<br><br>Date:    May 11, 2020<br>Time:   1:30 p.m.<br>Place:   Courtroom 5D<br><br>Trial Date:        None Set |

After consideration of Defendant B.C. Strategy Ltd. d/b/a Black Cube ("Black Cube")'s Motion to Dismiss, including the moving, opposition, and reply memoranda, and arguments presented by the parties' respective counsel, and good cause appearing, the Court finds that Black Cube's Motion to Dismiss is **GRANTED**, and it is hereby **ORDERED** that:

The causes of action against Black Cube (Counts I, II, III, IV, V, VI, VIII, IX and X) in Plaintiff's Complaint are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: _____, 2020

_____
Hon. Otis D. Wright II
UNITED STATES DISTRICT JUDGE