UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-09105-ODW (JPRx) | Date | November 23, 2021 |
|-----|--------------------------|------|-------------------|
| Title | *Rose McGowan v. Harvey Weinstein et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|------------------------|--------------------------------------------------|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings (In Chambers):**

The Court received and reviewed the parties' Stipulation Extending Time for Parties to File Supplemental Briefs. (Stip., ECF No. 93.) The issues on which the Court requested briefing were narrow, and the parties make no attempt in the Stipulation to explain to the Court why more time is needed.

The rules of this Courtroom provide that "[w]ithout . . . compelling factual support, stipulations continuing dates set by this Court will not be approved. Counsel requesting a continuance must . . . includ[e] a detailed declaration of the grounds for the requested continuance or extension of time." ODW Courtroom Rules § IV, https://www.cacd.uscourts.gov/honorable-otis-d-wright-ii. Moreover, failure to comply with this rule "will result in rejection of the request without further notice to the parties." *Id.* Accordingly, the parties' Stipulation should be denied.

That said, the parties filed their Stipulation at the eleventh hour such that denying the Stipulation would give Plaintiff virtually no time to finalize and file a brief. The Court therefore **CONTINUES** Plaintiff's briefing deadline to **November 24, 2021** and Defendants' briefing deadline to **December 1, 2021**. No further continuance will be granted.

_____  :  _____00_____

Initials of Preparer   SE