UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:19-cv-09105-ODW (JPRx) | Date | November 24, 2021 |
|---|---|---|---|
| Title | *Rose McGowan v. Harvey Weinstein et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order DENYING Requests to Withdraw as Attorney [95] [96]**

Shortly after the Court denied the parties' request for an extension of time for supplemental briefing, (ECF No. 93), Plaintiff's attorneys filed two Requests to Withdraw as Attorney. (Reqs., ECF Nos. 95, 96.) Court approval is required because the effect of withdrawal would be that Plaintiff would proceed self-represented. C.D. Cal. L.R. 83-2.3.1. The Requests are both signed by Plaintiff's attorneys and Plaintiff herself.

Motions for leave to withdraw must be supported by good cause. C.D. Cal. L.R. 83-2.3.2.

These Requests were filed yesterday afternoon, and Plaintiff's supplemental briefing is due today. Neither Plaintiff nor her counsel have made any attempt to explain to the Court (1) why there is good cause for withdrawal or (2) whether today's deadline will be respected in light of the withdrawal. As the parties are aware, "[w]ithout . . . compelling factual support, stipulations continuing dates set by this Court will not be approved." ODW Courtroom Rules § IV, https://www.cacd.uscourts.gov/honorable-otis-d-wright-ii. Terminating one's relationship with one's attorneys on the eve of an important briefing deadline does not constitute good cause for continuing any deadlines. *See* C.D. Cal L.R. 83-2.3.5 ("Unless good cause is shown and the ends of justice require, no substitution or relief of attorney will be approved that will cause delay in prosecution of the case to completion."). Since a continuance will not be granted, and since the supplemental briefing involves nuanced legal issues, the Court sees no logic in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:19-cv-09105-ODW (JPRx) | Date | November 24, 2021 |
|---|---|---|---|
| Title | *Rose McGowan v. Harvey Weinstein et al.* | | |

allowing Plaintiff to proceed without the benefit of representation on the day the supplemental brief is due.

Both Requests to Withdraw as Attorney are **DENIED**, (ECF Nos. 95, 96), and today's deadline stands.

**IT IS SO ORDERED.**

  :   00

Initials of Preparer   SE