Julie B. Porter (admitted *pro hac vice*)
porter@sppplaw.com
Andrew C. Porter (admitted *pro hac vice*)
aporter@sppplaw.com
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
1010 Davis St.
Evanston, IL 60201
T: (312) 283-5711 / F: (312) 724-8353

Jennifer B. Salvatore (admitted *pro hac vice*)
salvatore@sppplaw.com
Sarah S. Prescott (CA Bar No. 231753)
prescott@sppplaw.com
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
105 E. Main St.,
Northville, MI 48167
T: (248) 679-8711 / F: (248) 773-7280

Jennifer L. Williams (CA Bar No. 268782)
jenn@summaLLP.com
Anya J. Goldstein (CA Bar No. 288780)
anya@summaLLP.com
Summa LLP
800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017
P: (213) 260-9456 / F: (213) 835-0939

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSE MCGOWAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARVEY WEINSTEIN, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-09105-ODW (JPRx)<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Filed Concurrently with Declaration of Counsel Julie Porter; [Proposed] Order<br><br>Date:　　　December 27, 2021<br>Time:　　　1:30 p.m.<br>Courtroom: 5D |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 27, 2021 at 1:30 p.m., or as soon thereafter as this matter may be heard before the Honorable Otis D. Wright II in the above-entitled Court, SALVATORE PRESCOTT PORTER & PORTER, PLLC and SUMMA LLP, attorneys for Plaintiff Rose McGowan, will and hereby do move the Court to withdraw as Plaintiff's counsel and allow Plaintiff to proceed pro se.

This Motion is made on the grounds that Plaintiff has communicated to undersigned counsel that she was terminating the attorney-client relationship, effective immediately, and that undersigned counsel therefore must withdraw from the representation pursuant to the professional-responsibility rules of California and the other jurisdictions where they are licensed.

This Motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities in Support thereof, and the concurrently filed Declaration of Julie Porter, as well as all pleadings on file in this action, any matters of which this Court can take judicial notice, and any further evidence and argument that the Court may receive at or before the hearing.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3 that took place on November 24, 2021. Undersigned counsel understands that Defendants take no position on this motion.

November 24, 2021        Respectfully submitted,

s/ Julie B. Porter
JULIE B. PORTER (*pro hac vice*)
ANDREW C. PORTER (*pro hac vice*)
Salvatore Prescott Porter & Porter, PLLC
1010 Davis Street
Evanston, IL 60201
P: (312) 283-5711
F: (312) 724-8353
porter@spplaw.com
aporter@spplaw.com

JENNIFER B. SALVATORE (*pro hac vice*)
SARAH S. PRESCOTT (CA Bar No. 231753)
Salvatore Prescott Porter & Porter, PLLC
105 E. Main St.
Northville, MI 48167
P: (248) 679-8711
F. (248) 773-7280
salvatore@sppplaw.com
prescott@sppplaw.com

JENNIFER L. WILLIAMS (CA Bar No. 268782)
ANYA GOLDSTEIN (CA Bar No. 288780)
Summa LLP
800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017
P: (213) 260-9456
F: (213) 835-0939
jenn@summaLLP.com
anya@summaLLP.com

# MEMORANDUM OF POINTS AND AUTHORITIES

SALVATORE PRESCOTT PORTER & PORTER, PLLC and SUMMA LLP, attorneys for Plaintiff Rose McGowan, move to withdraw as Plaintiff's counsel, as follows:

1. On November 23, 2021, Plaintiff communicated to undersigned counsel that she was terminating the attorney-client relationship, effectively immediately, and that Plaintiff no longer authorizes undersigned counsel to represent her. *See* Declaration of Julie Porter, filed concurrently herewith ("Porter Decl.") ¶ 3. Undersigned counsel provided, and Plaintiff signed, the withdrawal forms, *see id.* ¶ 4, which undersigned counsel promptly filed with the Court. [ECF Nos. 95, 96]

2. Because this Court denied the form Requests to Withdraw [ECF No. 97], Plaintiff's counsel now files this additional noticed Motion to Withdraw, supported by a declaration of counsel (the Porter Decl.) providing good cause why the Motion to Withdraw should be granted.

3. Plaintiff has made clear that she no longer authorizes undersigned counsel to represent her in this matter. *See* Porter Decl. ¶ 3. Counsel therefore must withdraw from the representation pursuant to California Rule of Professional Conduct 1.16(a) (applying to Sarah Prescott, Anya Goldstein, and Jennifer Williams, as well as to other counsel who have been admitted *pro hac vice* and are subject to the disciplinary authority of the Central District of California pursuant to Local Rule 83-2.1.3.3), and the professional-responsibility rules of the other jurisdictions where counsel are licensed. *See* Ill. Sup. Ct. R. 1.16(a)(3) (lawyer shall withdraw from representation of a client when the lawyer is discharged; applying to counsel Julie Porter, Andrew Porter, and Jennifer Salvatore); Mich. Rules of Prof. Conduct 1.16(a)(3) (same; applying to counsel Julie Porter, Jennifer Salvatore, and Sarah Prescott).

4. Undersigned counsel therefore renew their requests to withdraw as attorneys for Plaintiff and that Plaintiff be permitted to proceed pro se.

5. Undersigned counsel has consulted with counsel for Defendants concerning this motion. On November 24, 2021, counsel for Defendants advised that Defendants take no position on this motion. *See* Porter Decl. ¶ 7.

NOW, THEREFORE, Plaintiff respectfully requests that this Court permit undersigned counsel to withdraw as attorney of record for Plaintiff and that Plaintiff be permitted to proceed pro se.

November 24, 2021          Respectfully submitted,

s/ Julie B. Porter
JULIE B. PORTER (*pro hac vice*)
ANDREW C. PORTER (*pro hac vice*)
Salvatore Prescott Porter & Porter, PLLC
1010 Davis Street
Evanston, IL 60201
P: (312) 283-5711
F: (312) 724-8353
porter@spplaw.com
aporter@spplaw.com

JENNIFER B. SALVATORE (*pro hac vice*)
SARAH S. PRESCOTT (CA Bar No. 231753)
Salvatore Prescott Porter & Porter, PLLC
105 E. Main St.
Northville, MI 48167
P: (248) 679-8711
F. (248) 773-7280
salvatore@spplaw.com
prescott@spplaw.com

//

//

2
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

1  JENNIFER L. WILLIAMS (CA Bar No. 268782)
2  ANYA GOLDSTEIN (CA Bar No. 288780)
   Summa LLP
3  800 Wilshire Blvd., Suite 1050
   Los Angeles, CA 90017
4  P: (213) 260-9456
5  F: (213) 835-0939
   jenn@summaLLP.com
6  anya@summaLLP.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28