| | |
|---|---|
| 1 | Julie B. Porter (admitted *pro hac vice*) |
|   | porter@sppplaw.com |
| 2 | Andrew C. Porter (admitted *pro hac vice*) |
|   | aporter@sppplaw.com |
| 3 | SALVATORE PRESCOTT |
|   | PORTER & PORTER, PLLC |
| 4 | 1010 Davis St. |
|   | Evanston, IL 60201 |
| 5 | T: (312) 283-5711 / F: (312) 724-8353 |
| 6 | Jennifer B. Salvatore (admitted *pro hac vice*) |
|   | salvatore@sppplaw.com |
| 7 | Sarah S. Prescott (CA Bar No. 231753) |
|   | prescott@sppplaw.com |
| 8 | SALVATORE PRESCOTT |
|   | PORTER & PORTER, PLLC |
| 9 | 105 E. Main St., |
|   | Northville, MI 48167 |
| 10 | T: (248) 679-8711 / F: (248) 773-7280 |
| 11 | Jennifer L. Williams (CA Bar No. 268782) |
|   | jenn@summaLLP.com |
| 12 | Anya J. Goldstein (CA Bar No. 288780) |
|   | anya@summaLLP.com |
| 13 | Summa LLP |
|   | 800 Wilshire Blvd., Suite 1050 |
| 14 | Los Angeles, CA 90017 |
|   | P: (213) 260-9456 / F: (213) 835-0939 |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSE MCGOWAN,<br><br>    Plaintiff,<br><br>v.<br><br>HARVEY WEINSTEIN, et al.,<br><br>    Defendants. | Case No. 2:19-cv-09105-ODW (JPRx)<br><br>**DECLARATION OF COUNSEL JULIE B. PORTER IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Filed Concurrently with Notice of Motion and Motion; [Proposed] Order<br><br>Date:    December 27, 2021<br>Time:    1:30 p.m.<br>Courtroom: 5D |

DECLARATION OF JULIE B. PORTER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

## DECLARATION OF COUNSEL JULIE B. PORTER

I, Julie B. Porter, state as follows:

1. I am an attorney licensed to practice law in Illinois and Michigan and *pro hac vice* before this Court. I am a partner at Salvatore Prescott Porter & Porter, PLLC, counsel of record for Plaintiff Rose McGowan in the above-captioned matter. I have served as counsel for Plaintiff since this case was filed in 2019. I have personal knowledge of the issues and facts set forth in this declaration, and would testify competently thereto if called as a witness to do so.

2. Since receiving the Court's November 9, 2021 Order, I have diligently endeavored to communicate with Plaintiff about the Court's questions. Plaintiff did not authorize me to take any positions on the questions the Court posed. In hopes that—with more time to consider the impact of the Court's ruling—Plaintiff would provide such guidance and permission, I asked defense counsel to stipulate to additional time for Plaintiff to submit her supplemental brief. Defense counsel agreed to one additional week, and the parties filed a stipulation to that effect.

3. I continued to endeavor to communicate with Plaintiff about this matter, including the position to be taken in the supplemental brief ordered by the Court. On November 23, 2021, Plaintiff communicated to me during a Zoom meeting that she was terminating the attorney-client relationship, effectively immediately, and that Plaintiff no longer authorizes me or the other lawyers on our team to represent her. Plaintiff was very clear that she was terminating the representation.

4. On November 23, 2021, understanding that Plaintiff wished me and our team to withdraw immediately, I provided, and Plaintiff signed, the withdrawal forms, which my co-counsel filed with the Court the same day.

5. My understanding of the professional-responsibility rules that apply to me is that I am duty-bound to withdraw from this case, in accordance with Plaintiff's demand that I do so.

DECLARATION OF JULIE B. PORTER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

6. I have shared with Plaintiff via email this Court's November 24, 2021 Order [ECF No. 97] and a draft of the Supplemental Brief that this Court ordered to be filed.

7. I consulted with counsel for Defendants concerning the relief requested in the concurrently-filed Motion to Withdraw as Counsel for Plaintiff. On November 24, 2021, counsel for Defendants advised that Defendants take no position on the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of November, 2021 at Evanston, Illinois.

s/ Julie B. Porter
JULIE B. PORTER (*pro hac vice*)
Salvatore Prescott Porter & Porter, PLLC
1010 Davis Street
Evanston, IL 60201
P: (312) 283-5711
F: (312) 724-8353
porter@sppplaw.com