UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:19-cv-09105-ODW (JPRx) | Date | November 29, 2021 |
|---|---|---|---|
| Title | *Rose McGowan v. Harvey Weinstein et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**     **Order GRANTING Request to Withdraw as Attorney [99] and SETTING Plaintiff's Deadlines**

Plaintiff's attorneys filed a noticed Motion seeking to withdraw as Plaintiff's counsel. (Mot., ECF No. 99.) Plaintiff's attorneys inform the Court that defense counsel takes no position on their Motion. (Decl. Julie C. Porter ("Porter Decl.") ¶ 7, ECF No. 99-1.) The effect of the Motion would be to leave Plaintiff unrepresented.

Ordinarily, the Court would not allow a represented party to proceed unrepresented at a key juncture in the proceedings such as this. However, counsel declares that Plaintiff has revoked counsel's authority to represent her. (Porter Decl. ¶¶ 3–4.) Under such circumstances, counsel can do little but request to withdraw, and the Court can do little but grant the request. *See Trulis v. Barton*, 107 F.3d 685, 693 (9th Cir. 1995) ("It is axiomatic that an attorney cannot continue to represent a client in a lawsuit in contravention of that client's explicit instruction to the contrary." (citing Model R. Prof. Cond. 1.2)).

Accordingly, counsel's Motion to Withdraw is **GRANTED**, and Plaintiff shall proceed self-represented. **Counsel is requested to immediately transmit a copy of this Minute Order to Plaintiff.**

Individuals proceeding self-represented are bound by Federal Rules of Civil Procedure, the Central District of California Local Rules[1], and the ODW Courtroom Rules[2] to the same

---

[1] http://www.cacd.uscourts.gov/sites/default/files/documents/LocalRules_Chap1_12_20.pdf
[2] https://www.cacd.uscourts.gov/honorable-otis-d-wright-ii

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-09105-ODW (JPRx) | Date | November 29, 2021 |
|---|---|---|---|
| Title | *Rose McGowan v. Harvey Weinstein et al.* | | |

extent as attorneys.  C.D. Cal. L.R. 1-3; *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986) ("[*P*]*ro se* litigants in the ordinary civil case should not be treated more favorably than parties with attorneys of record.").  Moreover, counsel informs the Court that, consistent with counsel's professional responsibilities and ethical obligations, counsel both (1) transmitted to Plaintiff a copy of the Court's November 24, 2021 Minute Order and (2) provided Plaintiff with a copy of the supplemental brief counsel intended to file but did not (and which was due November 24, 2021).  (Porter Decl. ¶ 6, ECF No. 99-1.)  All this being so, Plaintiff understands that, given the state of the proceedings, terminating her relationship with her counsel does not, in and of itself, provide her with additional time to meet the Court's deadlines.  C.D. Cal. L.R. 83-2.3.5.  Additionally, Plaintiff is aware that her supplemental brief was due November 24, 2021, and that the brief was "important."  (Min. Order 1, ECF No. 97.)  The fact is that Plaintiff has now missed that deadline, represented or not.

Nevertheless, the Court will provide Plaintiff with an opportunity to file her supplemental brief.  If, pursuant to Local Rule 5-4.1.1, Plaintiff wishes to file an ex parte request for leave to file electronically[3], Plaintiff has until the end of the day on **December 2, 2021** to enter her appearance and do so, and in that case the Court will, via Minute Order, set deadlines for Plaintiff to register on CM/ECF and to electronically file her supplemental brief.  If Plaintiff does <u>not</u> make such a request, then Plaintiff has until **December 3, 2021** to file her supplemental brief in paper format.  C.D. Cal. L.R. 5-4.2.  The supplemental brief shall address the two topics indicated at the end of the Court's November 9, 2021 Order.  (ECF No. 92.)  The brief shall also demonstrate why there is good cause to allow Plaintiff to file a late supplemental brief, given that the deadline to file the supplemental brief has passed. Plaintiff should include declarations and supporting evidence as necessary.  No other topics will be considered.

For now, and until further notice from the Court, Defendants' deadline for responding to any supplemental briefing is **TOLLED** and **SUSPENDED**.

///

---

[3] General information: https://www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers
Form Application for Permission for Electronic Filing:
https://www.cacd.uscourts.gov/sites/default/files/forms/CV-005/CV-005.pdf

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-09105-ODW (JPRx) | Date | November 29, 2021 |
|---|---|---|---|
| Title | *Rose McGowan v. Harvey Weinstein et al.* | | |

     Plaintiff is advised that the Federal Pro Se Clinic offers free information and guidance to individuals who are representing themselves in federal civil actions. The Los Angeles Clinic operates by appointment only. You may schedule an appointment either by calling the Clinic or by using an internet portal. You can call the Clinic at (213) 385-2977, ext. 270 or you can submit an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles. Clinic staff can respond to many questions with a telephonic appointment or through your email account. It may be more convenient to email your questions or schedule a telephonic appointment. Staff can also schedule you for an in-person appointment at their location in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012.

**IT IS SO ORDERED.**

                                                                                                                          :    00

                                           Initials of Preparer    SE