UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:19-cv-09105-ODW (JPRx) | Date | December 6, 2021 |
|---|---|---|---|
| Title | *Rose McGowan v. Harvey Weinstein et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

　　Pursuant to the Court's November 29, 2021 Minute Order, (ECF No. 100), Plaintiff had until December 2, 2021, to apply for leave to file electronically, or, if not, until December 3, 2021, to file a supplemental brief in accordance with the instructions in the Court's November 9, 2021 Order, (ECF No. 92). In that Order, the Court requested supplemental briefing on (1) how, if at all, Plaintiff intends to amend her substantive Racketeering Influenced and Corrupt Organizations Act ("RICO") claim against Weinstein and the Boies Defendants and her RICO conspiracy claim against all Defendants; and (2) if the Court ultimately dismisses all RICO claims without leave to amend, why the Court should exercise supplemental jurisdiction over the remaining state-law claims.

　　As of today's date, Plaintiff has not filed any brief in response to the Court's Order and Minute Order. Accordingly, Plaintiff is deemed to have conceded the two points the Court gave her opportunity to argue in the supplemental brief. Accordingly, the Court concludes that Plaintiff is unable to sufficiently plead a RICO claim, meaning that further amendment would be futile, *Carrico v. City & County of San Francisco*, 656 F.3d 1002, 1008 (9th Cir. 2011), and the Court will not exercise supplemental jurisdiction over the remaining state-law claims, *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n.7 (1988); *Wade v. Reg'l Credit Ass'n*, 87 F.3d 1098, 1101 (9th Cir. 1996).

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-09105-ODW (JPRx) | Date | December 6, 2021 |
|---|---|---|---|
| Title | *Rose McGowan v. Harvey Weinstein et al.* | | |

Accordingly, the Court **DISMISSES** Plaintiff's RICO claim **on the merits and with prejudice** as against all Defendants and **DISMISSES** the remainder of the action **without prejudice**. The Court will issue Judgment.

**IT IS SO ORDERED.**

                                                                                                                                                                                                       :    00

Initials of Preparer    SE