**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| ROSE MCGOWAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARVEY WEINSTEIN, et al.,<br><br>　　　　Defendants. | Case № 2:19-cv-09105-ODW (GJSx)<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's November 9, 2021 Order (ECF No. 92) and its December 6, 2021 Minute Order (ECF No. 101), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

///
///
///
///
///
///
///
///

1. Plaintiff Rose McGowan shall take nothing from Defendants Harvey Weinstein; David Boies; Boies Schiller Flexner, LLP; Lisa Bloom; The Bloom Firm; and B.C. Strategies Ltd. on her first claim for violations of the Racketeering Influences and Corrupt Organizations Act ("RICO").
2. Plaintiff's RICO claim is **DISMISSED ON THE MERITS AND WITH PREJUDICE** as against all Defendants.
3. The Court declines to exercise supplemental jurisdiction over the remainder of the case and accordingly **DISMISSES** all remaining claims in this action **WITHOUT PREJUDICE**.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 6, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**